**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL HEALY, | ) | Case No. 21-09131 |
| | ) | |
| Debtor | ) | |

**NOTICE OF MOTION**

TO:   See Service List

**PLEASE TAKE NOTICE** that on Friday, November 5, 2021, at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Bankruptcy Judge Janet S. Baer at the Kane County Courthouse, and then and there present its **MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE PURSUANT TO SECTION 727** a copy of which is enclosed, at which time you may appear.

**This motion will be presented and heard telephonically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

   **To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

   **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 731 2971** and the password is **587656.** The meeting ID and password can also be found on the Judges page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

　　　　　　　　　　　　　　　　　　　　　　　THE CADLE COMPANY

FEELEY & ASSOCIATES, P. C.
161 North Clark Street, Suite 1600　　　By   /s/ Cynthia G. Feeley
Chicago, Illinois 60601
(312) 541-1200/Attorney No. 3128982
feeleypc@aol.com

## CERTIFICATE OF SERVICE

The undersigned, on oath, hereby certifies that on October 11, 2021, she caused to be served a true and correct copy of the following:

1. NOTICE OF MOTION
2. MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE PURSUANT TO SECTION 7272

upon:

    See Service List

through CM/ECF.

    /s/ Cynthia G. Feeley

SERVICE LIST:

James Young, Attorney for Debtor
Office of the United States Trustee
Gina Krol, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL HEALY, ) | Case No. 21-09131 |
| ) | |
| Debtor. ) | |

**MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE
PURSUANT TO SECTION 727**

THE CADLE COMPANY ("Cadle"), by its attorney, Cynthia G. Feeley of Feeley & Associates, P. C., pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure, respectfully requests this Court to extend to December 31, 2021, the time for filing a complaint objecting to the discharge of the Debtor under Section 727 of the Bankruptcy Code (11 U.S.C. § 727). In support of this Motion, Cadle states:

1. On July 30, 2021, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. The Debtor is indebted to Cadle pursuant to a Judgment Order entered on February 28, 2019, in *The Cadle Company, successor to Associated Bank, N. A. v. Cherry Logistics Corp., Michael Healy and Charise Simmers*, Case No. 2017 CH 08784.

3. The Section 341 meeting commenced on September 13, 2021, but could not be completed. It was rescheduled for September 28, 2021. However, due to the Debtor's illness, the Section 341 meeting was continued to October 28, 2021, just one day prior to the last date for objecting to discharge, October 29, 2021.

4. In addition, the Debtor has been requested to provide documents concerning certain

1

assets which were not included in his Schedules.

5. In order to have sufficient time to evaluate whatever documents are produced and the testimony at the Section 341 meeting, Cadle requests that the time to object to the Debtor's discharge pursuant to Section 727 be extended to December 31, 2021. The Trustee has already been granted an extension of time to this date in order to evaluate whether a Section 727 objection to discharge is warranted.

WHEREFORE, The Cadle Company respectfully requests this Court to extend the time to object to the Debtor's discharge under Section 727 of the Bankruptcy Code to December 31, 2021, and for such other and further relief as this Court deems just and equitable

                              Respectfully submitted,

                              THE CADLE COMPANY

                              By    /s/ Cynthia G. Feeley

Cynthia G. Feeley
FEELEY & ASSOCIATES, P. C.
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
(312) 541-1200
Attorney No. 3128982