UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| MICHAEL HEALY, | ) | CASE NO. 21-09131 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, November 5, 2021, at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ Spencer Ezell*
Spencer Ezell, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(262) 613-8737

1

## CERTIFICATE OF SERVICE

    I, Spencer Ezell, an attorney, certify that I caused to be served a copy of this notice, the attached motion, and proposed order on the ECF Registrants shown below via the Court's Electronic Notice for Registrants and via First Class US Mail on all other entities shown at the address shown below on October 19, 2021.

*/s/ Spencer Ezell*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Gina B. Krol      Gkrol@CohenandKrol.com
- James A. Young      jyoung@jamesyounglaw.com
- Cynthia G. Feeley      feeleypc@aol.com

**Parties Served via First Class Mail:**

Michael Healy
125 Goldenrod Drive
Sugar Grove, IL  60554

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

ACAR Leasing Ltd.
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| MICHAEL HEALY, | ) | CASE NO. 21-09131 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by his attorney, Spencer Ezell, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Michael Healy ("Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. A party in interest must object to a debtor's discharge under Section 727 of the Bankruptcy Code or move to dismiss a debtor's case under Section 707(b) no later than 60 days after the first date set for the meeting of creditors under Section 341. *See* Fed. R. Bankr. P. 4004(a); Fed. R. Bankr. P. 1017(e)(1). Rule 4004(b)(1) of the Federal Rules of Bankruptcy Procedure provides that, on motion of a party in interest, the court may for cause extend the time to object to a debtor's discharge. *See* Fed. R. Bankr. P. 4004(b)(1). Similarly, Rule 1017(e)(1) provides that

3

a party in interest may file a motion requesting that the court for cause extend the time to file a motion to dismiss. *See* Fed. R. Bankr. P. 1017(e)(1). The term "for cause" in Rule 1017(e)(1) must be read in conjunction with the "for cause" provision in Rule 4004(b), and the same factors establish cause for an extension in both contexts. *See In re Bomarito*, 448 B.R. 242, 248 (Bankr. E.D. Cal. 2011).

3. In the present case, cause exists to extend the time to object to the Debtor's discharge under 11 U.S.C. § 727 and to file a motion to dismiss this case under 11 U.S.C. § 707.

4. On July 30, 2021, the Debtor, represented by James A. Young, filed his voluntary petition ("Petition") for relief under Chapter 7 of Bankruptcy Code and indicated that his debts were primarily consumer [Dkt. #1].

5. On September 2, 2021, the Debtor filed his Schedules and Statement of Financial Affairs (the "Schedules"). The Debtor also filed his Statement of Current Monthly Income and indicated his debts were primarily non-consumer [Dkt. #34].

6. Gina B. Krol was appointed the chapter 7 trustee for this case ("Chapter 7 Trustee"). The First Meeting of Creditors was scheduled for August 30, 2021 ("341 Meeting"). The Trustee continued the meeting to September 13, 2021, and again to September 28, 2021.

7. The Debtor scheduled a total of $1,309,819 of priority and nonpriority unsecured debts on Schedule F.

8. Debtor's Schedule A/B lists $571,421 in real and personal property. The Debtor's Schedule I shows gross monthly income of $2,119 from SNAP and his girlfriend's unemployment. Debtor's Schedule J lists $5,348 in monthly expenses and no dependents.

9. The last date to object to the Debtor's discharge under § 727 or to file a motion to dismiss this case under § 707 is currently set for October 29, 2021.

10. Based on the foregoing, the U.S. Trustee requests additional time to investigate and determine whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707.

**WHEREFORE**, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and for filing a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707, for sixty days, to and including December 28, 2021, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: October 19, 2021

*/s/ Spencer Ezell*
Spencer Ezell, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(262) 613-8737